# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:17-cv-01335-RFB-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 9) |
| POSHBABY, LLC SERIES 1497 HIALEAH DR, #D, et al., | |
| Defendants. | |

Pending before the Court is the parties' stipulation to extend the deadline for Defendants Poshbaby LLC and Sundance Homeowners Association to respond to Plaintiff's complaint. Docket No. 9. For good cause shown, the stipulation is **GRANTED**.

The deadline for both defendants to respond to Plaintiff's complaint is extended to November 14, 2017.

IT IS SO ORDERED.

DATED: October 30, 2017.

    _____
    NANCY J. KOPPE
    United States Magistrate Judge