LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
DAVID T. OCHOA, ESQ. (BAR NO. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
dochoa@lipsonneilson.com
*Attorneys for Sundance Homeowners Association, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-85CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-85 CB,<br><br>Plaintiff,<br><br>vs.<br><br>POSHBABY, LLC SERIES 1497 HIALEAH DR. #D; SUNDANCE HOMEOWNERS' ASSOCIATION, INC.<br><br>Defendants. | CASE NO.: 2:17-cv-01335-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SUNDANCE HOMEOWNERS' ASSOCIATION AND POSHBABY, LLC TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendants SUNDANCE HOMEOWNERS ASSOCIATION and POSHBABY, LLC shall have shall have through and including **December 4, 2017**, within which to file and serve a response to Plaintiff's Complaint.

This is the second extension from the original due date of October 31, 2017, and the parties' second request for an extension.

Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that Sundance Homeowners Association and Poshbaby, LLC requires more time to

evaluate and to respond to the Plaintiff's Complaint. The parties have entered into an agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

Dated this 15th day of November, 2017.

WRIGHT FINLAY & ZAK

By: */s/ Victoria Hightower*
EDGAR C. SMITH, ESQ.
Nevada Bar No. 5506
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
7785 W. Sahara Ave., Suite 220
Las Vegas, NV 89117
(702) 475-7967
*Attorney for Plaintiff*
*Bank of New York Mellon*

Dated this 15th day of November, 2017.

AYON LAW, PLLC

By: */s/ Luis Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 West Russell Road Building 3, Suite 240
Las Vegas, NV 89148
(702) 600-3200
*Attorney for Defendant*
*Poshbaby LLC*

Dated this 15th day of November, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ David Ochoa*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
*Attorney for Defendant*
*Sundance Homeowners' Association*

CASE No.: 2:17-cv-01335-RFB-NJK
*Bank of New York Mellon v. Sundance HOA et al.*
**Stipulation & Order to Extend Time for Sundance HOA and Poshbaby LLC to File Response to Complaint**

**ORDER**

IT IS SO ORDERED.

DATED this __16__ of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ David Ochoa*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
*Attorney for Defendant*
*Sundance Homeowners' Association*