# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, ) | Case No. 2:17-cv-01335-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| POSHBABY, LLC SERIES 1497 HIALEAH DR., ) | (Docket No. 13) |
| #D, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is the parties' notice of settlement.  Docket No. 13.  The Court **ORDERS** the parties to file a stipulation of dismissal no later than January 12, 2018.

IT IS SO ORDERED.

DATED: December 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge