# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:17-cv-01335-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| POSHBABY, LLC SERIES 1497 HIALEAH DR., #D, et al., | (Docket No. 15) |
| Defendant(s). | |

Pending before the Court is the parties' second notice of settlement. Docket No. 15. On December 7, 2017, the parties filed a notice of settlement. Docket No. 13. On December 8, 2017, the Court ordered the parties to file a stipulation of dismissal no later than January 12, 2018. Docket No. 14. The second notice of settlement provides no indication as to how it differs from the notice of settlement previously filed and appears to include identical information. The second notice of settlement is hereby **STRICKEN**. Docket No. 15.

IT IS SO ORDERED.

DATED: December 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge