1  WRIGHT, FINLAY & ZAK, LLP
2  Edgar C. Smith, Esq.
   Nevada Bar No. 5506
3  Victoria L. Hightower, Esq.
   Nevada Bar No. 10897
4  7785 W. Sahara Ave., Suite 200
5  Las Vegas, NV, 89117
   (702) 475-7967; Fax: (702) 946-1345
6  vhightower@wrightlegal.net
7  *Attorneys for Plaintiff, The Bank of New York*
   *Mellon fka The Bank of New York, as Trustee for the*
8  *Certificateholders of CWALT, Inc., Alternative Loan*
   *Trust 2005-85CB, Mortgage Pass-Through*
9  *Certificates, Series 2005-85CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-85CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-85CB,<br><br>Plaintiff,<br><br>vs.<br><br>POSHBABY, LLC SERIES 1497 HIALEAH DR. # D; SUNDANCE HOMEOWNERS ASSSOCIATION, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01335-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO A SETTLEMENT AGREEMENT** |

COMES NOW, Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB ("BONY"), by and through its attorneys of record WRIGHT, FINLAY & ZAK, LLP, Defendant, Sundance Homeowners Association,

Inc. ("HOA"), by and through its attorneys of record LIPSON, NEILSON, COLE SELTZER & GARIN, P.C., and Poshbaby, LLC Series 1497 Hialeah Dr. #D ("Poshbaby"), hereby stipulate to dismiss this action with prejudice pursuant to execution of a settlement agreement. BONY, HOA and Poshbaby agree to bear their own costs and fees; therefore

IT IS HEREBY STIPULATED that this action filed in the United States District Court, District of Nevada as Case Number 2:17-cv-01335-RFB-NJK is hereby dismissed with prejudice pursuant to a settlement agreement executed by and between BONY, HOA and Poshbaby; and

IT IS FURTHER STIPULATED that all parties shall bear their own costs and fees.

DATED this 17th day of January, 2018.

| WRIGHT FINLAY & ZAK, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| */s/ Victoria L. Hightower* <br> Victoria L. Hightower, Esq. <br> Nevada Bar No. 10897 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB* | */s/ David T. Ochoa* <br> David T. Ochoa, Esq. <br> Nevada Bar No. 10897 <br> 9900 Covington Cross Dr., Ste. 120 <br> Las Vegas, NV 89144 <br> *Attorneys for Defendant, Sundance Homeowners' Association* |

AYON LAW, PLLC.

*/s/ Luis A. Ayon*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
9205 W. Russell Rd., Bldg. 3, Ste. 240
Las Vegas, NV 89148
*Attorneys for Defendant, Poshbaby LLC Series 1497 Hialeah Dr. # D*

Case No.: 2:17-cv-01335-RFB-NJK

## ORDER

**IT IS SO ORDERD.**

DATED this 22nd day of January, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

WRIGHT FINLAY & ZAK, LLP

*/s/ Victoria L. Hightower*
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB*